# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 10-305 (RHK/JJK) |
| Plaintiff, | **ORDER TO VACATE** |
| v. | |
| LAWRENCE COLEMAN, a/k/a Gregory Austin, a/k/a Stanley Hughes, | |
| Defendant. | |

___

This matter came before the Court on the Defendant's Motion to Request Psychological Evaluation (Doc. No. 24) and the Government's Motion for Pretrial Psychiatric or Psychological Examination (Doc. No. 29). Based upon all the files, records, and proceedings herein, the Court hereby **VACATES** its Order dated December 10, 2010 (Doc. No. 25), and **DIRECTS** the parties to the Court's subsequent Order dated December 28, 2010 (Doc. No. 30).

Dated: February 2, 2011

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge